1983 Form

# In the United States District Court
# For the Northern District of Alabama

Jonathon Will #206655

_____

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action.)

CV-06-C-1303-S

v.

Sgt. Sharon McSwain CO II
Warden Kenneth Jones

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No ( )

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **Donaldson**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✔)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✔)

   C. If your answer is YES:

      1. What steps did you take? **N/A**

      2. What was the result? **N/A**

   D. If your answer is NO, explain why not? **Because there is no procedure in the Department of Corrections**

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Brathen Will #206655**

   Address **100 Warrior Lane Bessemer, AL 35023**

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **SGT. Sharon McSwain COII**

is employed as **Alabama Correctional SGT.**

at **Donaldson 100 Warrior lane**

C. Additional Defendants **Warden Kenneth Jones**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$150.000

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/25/06
(date)

Jonathen Hill #206653

Signature(s)

- 4 -