FILED

2008 Apr-15  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JONATHON D. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-1303-UWC-TMP |
| | ) |
| SHARON MCSWAIN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER OF DISMISSAL**

At the time of the filing of the complaint, the plaintiff, Jonathon D. Hill, was incarcerated in the

W.E. Donaldson Correctional Facility in Bessemer, Alabama and was therefore subject to the Prison

Litigation Reform Act of 1995.  The Court has learned that the plaintiff was released from custody

August 30, 2007.[1]  The plaintiff has not notified the court of his new address.

The following notice appears on the original complaint completed and filed by the plaintiff:

NOTICE TO FILING PARTY

It is your responsibility to notify the Clerk in writing of any
address change.  Failure to notify the Clerk may result in
dismissal of your case without further notice.

---

[1]        Because the plaintiff is not listed on the Alabama Department of Corrections' website as an
inmate presently incarcerated, the staff attorney assigned to this case contacted Donaldson Correctional Facility.  The
Classifications Department informed the staff attorney that the plaintiff reached the end of his sentence on August
30, 2007.

The plaintiff has failed to notify the Clerk of any change in his address.  It is ORDERED, ADJUDGED, and DECREED that, due to the plaintiff's failure to prosecute, this action is DISMISSED WITHOUT PREJUDICE.

For information regarding the cost of appeal, see the attached notice.

Done the 15th day of April, 2008.

_____
U.W. Clemon
United States District Judge

**United States Court of Appeals**

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

Thomas K. Kahn                                                       In Replying Give Number

Clerk                                                                     Of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

———————————

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $450 docket fee plus $5 filing fee (for a total of $455) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)     Pay the total $455 fee to the clerk of the district court from which this case arose; *or*

(2)     arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $455 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $455 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $455 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $455 fee is collected, even if an appeal is unsuccessful.

THOMAS K. KAHN

Clerk

PLRA Notice